## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Gail Fung,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br><br>J.P. Morgan Chase Bank, et al<br><br>　　　　Defendants. | Civil Action No. 06 -cv- 3367 (PGS)<br><br><br>ORDER |

　　　　WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter and

　　　　IT IS on this 23rd day of April, 2008,

　　　　ORDERED that the matter be and hereby is dismissed with prejudice and without costs, except any party upon good cause shown within sixty days may reopen the action if settlement is not consummated. The court retains jurisdiction over the agreement to enforce the terms.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Peter M[illegible]*

　　　　　　　　　　　　　　　　　　　　　　PETER G. SHERIDAN, U.S.D.J.